# Exhibit "A"























































# Exhibit "B"

# SOCIETY19

BECOME A WRITER     WRITER RESOURCES     ARTICLE DASHBOARD     ABOUT SOCIETY19     FAQ     LOGIN

Home   /   Blogger resources



## FAQs

**How do I suggest a new topic?**
• In your Article Dashboard, simply click the Suggest A New Topic button

**How do I write my first article?**
• To write your first article, please click Select A Topic in your Article Dashboard

**How do I pick a new article topic?**
• After you submit your article, you will be automatically redirected to your Article Dashboard, where your remaining topics are listed. If you do not pick a new topic right after submitting your previous article, you can come back and choose a new topic at any time by visiting the Select A Topic page

**Why are my images being changed?**
• Our content managers replace images with other images that have a high Pinterest potential to ensure that your article receives the highest number of views possible.

**When will my article be published?**
• Our editorial team strives to publish articles as quickly as possible. The time between submission of your article and publication can range anywhere from one day to a week and a half. If your article is time sensitive (an article about an event, etc., that is to take place in the near future) please mark this at the top of your article.

**Are we allowed to swear in our articles and discuss sensitive topics such as sex, alcohol, drugs, etc.,?**
• Yes. As long as you are not disrespectful to anyone, you are allowed to swear and discuss any topic. Society19 strives to offer information that is actually helpful to our student readers, and reflects the reality of life in college. Therefore, any legitimate and factual information you think is necessary to advised, whether it is a sensitive topic or not. Please just be respectful.

**Can I use a pen name?**
• Yes, definitely! If you want to remain anonymous by using a pen name, please include a note with the pen name you would like to use at the top of your article next to your real name.

**What do I do if I want my article to be anonymous?**
• If you want to remain anonymous and don't want your real name to be associated with the article when it is published, please include the pen name you would like to use at the top of your article next to your real name. If you are tackling a sensitive topic in your article (hazing, underage drinking, drugs, etc...) we encourage the use of a pen name

**How do I add a blogger picture and bio?**
• Please submit your bio using the bio submission form. Please attach the headshot or selfie you would like to use as a JPEG to the email. The form can be found here https://bloggers.society19.com/submit-your-bio/

**What do I do if I want a change to be made to my article after it is published?**
• Please contact your community manager on Slack and he/she will forward your issue on to

**My friend wants to write. What should I tell them to do?**
• Please tell them to apply to become a writer here - https://bloggers.society19.com/become-a-blogger-writer/

**How do I get more involved with Society19?**
• Want to join the social media team at your school? Start a chapter at your college? If you would like to get more involved, please email our recruiting team (hr@society19media.com) with your first and last name, university you attend, country, and how you would like to get more involved.

FacebookPinterestRedditTwitterTumblrLinkedIn



**404.** That's an error.

SHARE ON:

SOCIETY19 WRITERS

Welcome to the Society19 writer team - we're SO excited to have you with us!

SEARCH



# Exhibit "C"

# SOCIETY19

BEAUTY

## 9 Fall Beauty Looks To Obsess Over



IN BIANCA GARCIA
JULY 16, 2019



Advertisement



BIGRIGMEDIA

ACTIVATE YOUR RV
PARK'S ONLINE
MARKETING PLAN
WITH THE RIGHT FIRM

LEARN MORE

### SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |

F all will be here before you know it! That means you need to start getting inspired for fall beauty. Here are seven fall beauty looks to get on board with ASAP.

## 1. Maroon Lips

Dark, sultry lips are so in this fall. Investing in a good liquid lip is seriously worth it, especially if you use it almost every day. My favorite liquid lipstick is from Kat Von D in shade Lolita. A bold lip is the perfect addition to any basic makeup look and will instantly get you ready for a night out. If your lips feel dry when using liquid lipstick, consider applying a moisturizing lip balm before application. You're lips will thank you!





Advertisement



BIGRIGMEDIA

ACTIVATE YOUR RV
PARK'S ONLINE
MARKETING PLAN
WITH THE RIGHT FIRM

LEARN MORE



Advertisement



Ad removed. Details

*Get the look:*



## 2. Smokey Eye

Yes, smokey eyes are still on trend! This is a perfect eye look for cozy fall months where not only the skies are darker, but so are your eyes. You can do a subtle smoky eye for day time, and intensify the look for night. To achieve this look, you will need tan, brown and golden shadows, defining mascara, and dark eyeliner. This look is beautiful on brown or hazel eyes, but can look just as good on blue eyes as well. The Huda Beauty Smokey Obsessions palette is made for this look.

Advertisement



Ad removed. Details





*Get the look:*



Advertisement



## 3. Warm Tones

Just because it's cooler out doesn't mean you have to shy away from color. Warm tones like pink, orange, red and yellow are great for getting a natural glow. Warm shadow palettes, rosy blushes and bright lips are all fair game. An all-over glow isn't just for summer! The Modern Renaissance eyeshadow palette from Anastasia Beverly Hills is perfect for achieving this look.



*Get the look:*

Advertisement





## 4. Natural Glow

Natural beauty is so in right now. Wearing less makeup can be both attractive and good for your skin. Give your face a breather by putting on minimal makeup and revealing how gorgeous you are naturally. To achieve this look go for bushy, natural eyebrows, light mascara, nude lips and shadows, natural highlight and blush. Pro tip: fill in freckles or beauty marks on your face with an eyebrow pencil and pinch your cheeks to get a natural flushed look. The Khloe and Malika bronze, blush & glow palette from Becca is essential for this look.





Advertisement



*Get the look:*



## 5. Ruby Red Lips

Get ready to rock an elegant and seductive red lip this fall. If you are someone that is scared of red lips because you think it's too bold or over-the-top, think again. Try something new, step outside your comfort zone and just do it! Wear this gorgeous shade on a fancy date or a night out with your girls. I recommend the Be Legendary matte lipstick from Smashbox in the shade True Red. So gorg!

Advertisement







*Get the look:*



## 6. Bare Face

I know it can seem daunting to go completely bare faced, but think of it as embracing your true skin. If you have acne and are self-conscious about it, try giving your face a rest. Do all things skin care, like face masks, serums, and just letting your skin be without layers of pore-clogging makeup. It's best to do this once a week at the least give your skin a reboot. Invest in some skin care products you will actually use, like the Kylie Skin Care collection. You deserve it!

Advertisement







*Get the look:*

Advertisement





## 6. Fall Glam

If you're a glam queen, this one's for you. Sometimes, you just gotta do a full face of glam, even if your just running to the grocery store. You can pretend you're going to the Met Gala, no one will judge you. Probably. You need a light pink or nude liquid lip, rose gold eyeshadow and bold brows and lashes. Throw on some falsies to make your eyes really pop.



Advertisement



*Get the look:*



## 7. Fall Beauty: Sun-Kissed Shadows

Fall beauty is all about letting your inner sun goddess shine. Choose from vibrant orange shades and neutral browns to get that sun-kissed glow. Just because it's fall doesn't mean the sun stops shining. These tones will go perfectly with your freshly tanned skin from summer. Pop some glittery gold or silver shades in the corner of your eye to give the illusion of bigger eyes. The Huda Beauty Coral Obsessions palette is just what you need for this look.

Advertisement



Ad removed. Details





*Get the look:*



Advertisement



**I hope you enjoyed these seven gorgeous fall beauty looks. Remember, don't be afraid of color or bold looks just because summer is over! Make sure to comment which of these products you're going to put on your wish list. Happy fall gorgeous!**

Featured Image Source: *rayray_hl*



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |

TAGS  —  SKIN CARE   FALL BEAUTY   FALL BEAUTY LOOKS   FALL LOOKS   FALL MAKEUP   MAKEUP TIPS   TRENDING MAKEUP

RELATIONSHIPS

   

MAKEUP

20 Fall Makeup Looks You'll Love For 2021

FASHION

8 Comfy Lazy Day Fall Looks That Require No Effort

FASHION

7 Fall Outfits That Will Keep You Warm And Cozy

MAKEUP

The Best Fall Eyeliner Looks To Try This Year

 

FASHION

10 Affordable Overalls For Every Occasion

MAKEUP

Makeup Trends For Fall You Should Try

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US

f            y      p

DATA NOT FOUND. PLEASE CHECK YOUR USER ID.      @fb      @ref

Australia

Canada

France

United Kingdom


Ads by Google

Stop seeing this ad      Why this ad? ⓘ

f  y  p

⌃

# Exhibit "D"

# SOCIETY19

BEAUTY

# The Best Eye Creams That You Should Know About

BTV.ok.com










GODSEEKER

**579**
SHARES

F inding the best eye cream that suits both your skin type (whether that's oily, dry or combination) and your budget can be incredibly difficult. Eye creams offer maximum hydration and nourishment in a sheer and lightweight formula. These are the best eye creams that you should know about!

## Biopelle Radiance Eye Cream

This eye cream is best suited for daytime use. It contains a variety of ingredients which all help to protect and rejuvenate the delicate eye area. This eye cream also contains growth factors to increase collagen, antioxidants to protect from UV and environmental damage, emollients and humectants to moisturize and plump, and a light tint for both cosmetic coverage and additional protection.

Pat into the skin for instant radiance and hydration.







*Shop the product:*





**Family Bike Tours in Europe**

A Bike Tour is the Perfect Family Vacation to Unplug and Engage all Your Senses.

# L'Oreal Revitalift Volume Filler Eye Treatment

This eye cream is great at plumping the skin around the delicate eye area. This eye treatment is filled with hyaluronic acid, an ingredient found in injectable fillers. Hyaluronic acid can benefit the skin by drawing moisture to the epidermis (the surface of the skin), giving the eye area a plumper and more volumised appearance, while filling in fine lines temporarily.

Gently pat it into the skin for instant volume and hydration. This non-greasy formula also contains caffeine.





*Shop the product:*



## Neutrogena Hydro Boost Eye Gel

This is one of the best eye creams for dry and sensitive skin. This eye cream is particularly great as it increases skin hydration and it also helps the skin repair itself. This lightweight gel is a good eye cream to use during the summer, or for those who prefer lighter products. Pat the cream into the skin for instant hydration.

This eye cream quickly absorbs into the skin and allows quick application of sunscreen and makeup.



*Shop the product:*



## Olay Regenerist Eye Lifting Serum

This is one of the best eye creams for fine lines. This particular eye cream is amazing and loved by many due to a variety of reasons. Firstly, it's fragrance-free, which means that it won't irritate the delicate eye area and you can use it with confidence.



Secondly, it also contains the perfect combination of ingredients for anti-aging benefits such as niacinamide, antioxidants and peptides. Pat this cream into the skin for instant smoothness and hydration.



*Shop the product:*







8 Ways To Step Outside Of Your Comfort Zone



BEAUTY
Best Face Masks To Treat Yourself With

# Neutrogena Rapid Wrinkle Repair Eye Cream

This eye cream is also great for those who may have fine lines. This eye cream contains retinol, which is a derivative of Vitamin A. Retinol can help to slough off the skin and stimulate collagen production. Retinol also helps with anti-aging. The eye cream also contains hyaluronic acid for moisturisation.

This eye cream is slightly cheaper than the Olay Eye Lifting Serum, and they provide similar results for the delicate eye area. Pat the cream into the skin for an instant lift and burst of hydration.





*Shop the product:*





## Estee Lauder Advanced Night Repair Eye

This is one of the best eye creams for dark circles and fine lines. The whole of the Estee Lauder Night Repair line is loved by both models and celebrities, including Kourtney Kardashian. This eye cream is really good at improving dark circles, as well as fine lines and wrinkles. This eye cream also helps to repair the visible impact of lack of sleep, UV pollution and blue light.

A little goes a long way with this product so remember to only apply a little. This is definitely one of those eye creams worth the splurge!





*Shop the product:*



What do you think are the best eye creams, that everyone should know about? Tell us your favourites in the comments!

Featured Image Source: https://www.pinterest.co.uk/pin/383650462006840576






















BEAUTY

**Simple Skincare Hacks For Problematic Skin**

FASHION & BEAUTY

**10 Smaller Fashion Instagrams That You Should Be Following**

BEAUTY

**The Sensitive Skin Rundown: Things To Do And Definitely Not Do**

UNCATEGORIZED

**Beginners Guide To Effortlessly Wavy Hair**

BEAUTY

**8 Drugstore Alternative Products That Are Just As Good As The Originals**

BEAUTY

**5 Cruelty-free Alternatives To Estée Lauder's Double Wear Foundation**

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US



SOCIETY19 EDITIONS

Australia

Canada

France

United States

Scroll To Top

# Exhibit "E"

# SOCIETY19

FASHION & BEAUTY

# 12 Lazy-Girl Tips To Look Cute With Little Effort



BY DANA MURPHY
OCTOBER 25, 2016



Advertisement



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| WITH E-MAIL | SIGN UP |

Advertisement










Being a lazy-girl sometimes comes with the belief that we don't want or like to look cute, but that is so not true! Just because we don't feel up to contouring our cheeks or curling our hair doesn't mean we don't want to look cute, too! Check out these 12 lazy-girl tips to look cute with little effort. Looking good has never been so effortless!

## 1. Curl Your Eyelashes

No matter how lazy you are, don't skip this step in the morning! Giving your lashes a few quick pumps with an eyelash curler will not only brighten and open up your eyes but give your entire face a lift! Feel free to skip mascara because this lazy-girl trick will be all you need to bring attention to your eyelashes and leave people wondering what your makeup-free secret is!







Advertisement



TAKING STRENGTH AND
CAPABILITY TO NEW HEIGHTS

## 2. Use Dry Shampoo

Showering can be SUCH a chore, especially when you're feeling lazy! Say hello to your new favorite hair product: dry shampoo! This powdery formula absorbs oil from your roots giving your hair that fresh and clean look and feel. Hold the bottle twelve inches away and spritz this product on your roots and around your hairline. Flip your hair over, give yourself a little scalp massage to work the shampoo into your hair, and just like that —you'll have voluminous and clean hair without the shower!



## 3. Have Fun With Hair Accessories

Whether it's curling, straightening, or braiding, styling hair can be difficult and time-consuming. Rather than spend a lot of time dealing with hot hair tools (which are also damaging to hair), opt for something much easier like a scrunchie or hair clips. Wear your hair in a high ponytail and wrap a flirty animal-print scrunchie around it for a playful look. Or, tie your hair into a low, loose, messy bun and adorn it with a variety of gold or pearl barrettes for a chic and sophisticated look. Either way, these hair accessories are lazy-girl approved!

Advertisement





## 4. Opt For A Hat

Not feeling an up-do or messy bun? Leave your hair as is and top it off with a trendy hat! Nothing says "edgy" like a Panama hat! This fashion-forward look is not only quick and versatile but also adds to any outfit with little to no effort! Pick a solid black color to keep things chic or go with a lighter color like white or nude to brighten up your look!



Advertisement



Learn more

## 5. Get Your Eyelashes Tinted

While this tip is a little spendier than the others, it's so worth it! Generally ranging anywhere from $10 to $40, an eyelash tint is like a dye for your eyelashes. Your lash tech will place a black dye on your lashes and let it sit for 5 minutes before cleaning it off. Be sure to do your research and go to a trained eyelash technician. Once the session is done, your eyelashes will look as if they're coated in mascara for up to 5 weeks, meaning you can skip mascara in the makeup process if you want! How easy is that?





## 6. Wear A Dress

Oh, the simplicity of a dress. Putting together an outfit can be tough, especially when you're just not feeling rummaging through your closet and trying on different outfits and clothes. What better way to complete a look than by keeping things simple and wearing a dress? Dresses are the perfect lazy-girl outfit that allows you to look cute without putting a lot of effort into picking out your 'fit. Options are endless in the summer – go with a breathable floral print or patterned maxi-dress. In fall and winter, pick a warm sweater dress that can be paired with tights which means you can skip shaving too! Nobody loves dresses like a lazy-girl!

Advertisement







## 7. Use Tinted Moisturizer

Dual-functioning makeup products are a lazy-girl's best-kept secret! Using a tinted moisturizer after washing your face each day will brighten your skin while also giving it a base much like a sheer foundation might. It will both keep your skin looking soft and moisturized as well as add a subtle color to it making it look dewy and healthy. Feel free to skip the foundation with this lazy-girl hack!



Advertisement



Locate Your Dream Office Space
Through Our Virtual & In-Person Tours.
**CALL TODAY!**

## 8. Choose White Eyeliner Instead Of Black

Need a quick eye-opening trick that doesn't require you to curl, tint, line, or apply

mascara to your eyelashes? Have no fear, white eyeliner is the single beauty product that can accomplish a bright-eyed look in one easy swipe! Most makeup brands carry a white eyeliner pencil specifically for this technique! Apply white eyeliner to your bottom line to give your eyes the appearance of being wider and brighter. No other eye product will be necessary for this quick, effortless, and subtle eye-makeup trick. White eyeliner will bring your eyes to life without the other heavy and often-times frustrating makeup techniques! You're welcome!





SEE ALSO

FASHION & BEAUTY
20 Affordable Co-ord Matching Sets

Advertisement



Rakuten
Learn more

## 9. Powder Your Roots

Due for a root touch-up but hate the long and time-consuming process that goes into coloring your roots? Prolong the need for your next appointment by using a powdered tint on your roots. This trick works best for darker hair colors like brown or black. Simply apply the powder to your roots in the morning to hide any root-growth. If you can't find a root powder in a color you like, eyeshadow works just as well and comes in so many colors!



## 10. Style Your Hair The Night Before

Who says you have to curl your hair every morning to give it texture and volume? Skip this step by styling your hair the night before! Before bed, spritz a texturizing spray in your hair from root to tip, twist it into one or several buns at the top of your head, and hit the hay! In the morning, take your hair out of the bun, give it a brush, and you'll have gorgeous waves that look as though they went through a curling iron without all the heat and effort!

Advertisement







## 11. Use A Cheek-And-Lip-Tint-In-One

Pick a makeup product that does two jobs! Pick a color that compliments your skin tone. For warm-toned girls, opt for peach undertones. For cool-toned girls, go with blue undertones. Pick a buildable formula so you can choose how subtle or dark you want your cheeks and lips. Apply a coat to your lips, dab a little on your cheeks and blend with your finger, and in less than 5 minutes you have a perfect daytime makeup look that is fresh and effortless!



Advertisement



2 Step Lash Method
Revealed

## 12. Rock Your Looks

While all of these lazy-girl makeup and fashion tips and tricks are super simple, the easiest and most effortless hack is to go au naturael! Every girl, lazy or not, is beautiful in her own skin and nothing says effortless like showing up as you!



Just because us lazy girls don't like spending too much time in front of the mirror doesn't mean we don't like to look good too! After you try out these 12 lazy-girl tips to look cute with little effort, let us know which ones you like the best in the comments below!

Featured Image Source: http://www.possibility-lab.com.blue-2705642_1920/

## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |

TAGS    BEAUTY    FASHION    LAZY    TIPS

O SHARES






RELATED POSTS



FASHION

Is High Fashion Worth The Price Tag?



FASHION

Mix-And-Match Metals: 10 Ways To Wear Both Gold And Silver



FASHION

The Most Fashionable Drag Queens, Ranked



BEAUTY

10 Makeup Brands That Are Totally Underrated



FASHION

Sneakers You Are Seeing Everyone Wear



FASHION

How Covid-19 Affected This Years Fashion Shows

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Societyou

FOLLOW US



Australia

Canada

France

United Kingdom

 

# Exhibit "F"

BEAUTY

# 10 Wedding Makeup Looks To Wear On The Big Day



BY MILA MOUNTNA
MARCH 4, 2019



Advertisement

RELENTLESS
HOME
PROTECTION
only from
PROGRESSIVE



Zip Code

Get a Quote

21.3K
SHARES

here's a handful of tasks every bride must get to grips with to ensure an unforgettable wedding. Not only does she have to search for her dream wedding venue, but also her dream dress, wedding makeup, and Cinderella heels.

Now is the time, after a long hunt for the perfect dress to flaunt and Cinderella-like shoes, to add a little magic to a your pretty faces pulls it all together.

Here are 10 wedding makeup looks to wear on the big day:

Advertisement



Learn more

## 1. Natural & Flawless

Going natural is always the way to go, even on your big day! Choosing pink-ish shades of nude lipsticks can create a beautiful look—no matter your skin tone.

SIGN UP TO OUR
NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL          SIGN UP

Advertisement



RAM

YOUR RAM LINEUP
HAS ARRIVED

Get a truck that prevails
in performance

Build & Price





Advertisement



## 2. Lilac Bliss

It's your wedding day; you're entitled to dazzle your truest colors whether you choose to keep a bare face, or even go the extra mile with an extraordinary look. A pop of lilac on the eyes along with a tinted lip gloss can enhance your overall look!



## 3. Dark Lip & Shimmer

Rich dark lipsticks are sexy and bold just like the bride you are. If you're looking to apply a dramatic twist to your beauty look, then wine colored lips illustrate a beautiful finish and instantly make a statement!

Advertisement







## 4. Pop of Red

Red lipsticks are a classic wedding makeup look. This simple technique has god-like powers that instantly magnify your feminity, making you the star of the party for any occasion!



Advertisement



Learn more





## 5. Dramatic & Smokey

One of trendiest wedding makeup looks, dramatic eye looks are extremely luscious and
glamorous. Since eyeshadow shades are versatile and a smokey look preference can
alter from one person to another, you can choose whether to apply light colors with a
darker shade around the outer corner or to create a dramatic black smokey eye look
across the entire eyelid.



Advertisement







## 6. Glitter For Days

Sprinkle glitter across the eyelid to add a hot effect to your bridal look! Glam up and recreate your favorite glitter makeup using a gel to help stick the glitter onto the eyelid, or simply by adding a shimmery layer on top of your eyeshadow. Go as heavy as you wish!



Advertisement







## 7. Peachy & Romantic

This no-makeup makeup look is stunning for the brides who prefer a more subtle, effortless look. Consider adding your favorite highlighter on the arch of your brows, down the bridge of the nose and across your cheekbones.



SEE ALSO

BEAUTY
5 Simple Tips to Applying Makeup for Oily Skin



Advertisement





## 8. Glossy & Simple

If you're all about keeping up with the latest trends and obsessing with this look like I am, then this one is for you! This edgy wet makeup is undoubtedly expressive and captivating. You can apply the Flesh eye and cheek gloss in order to achieve this model-like appearance.







Advertisement



## 9. Pink Eyeshadow & Glossy Lips

Pink is a profound color that adds charm to your face. You can achieve this look by popping it on your entire lid with or without shimmer. You can also blend it with dark colors on the outer corner of your crease for a further dramatic essence.







Advertisement



## 10. Kaleidoscopic Glow

Astonish everyone by looking like the most colorful dovelike piece of art. Eyes can express a million words, and so, a creative wedding makeup look can empower the way

your eye... charisma and charm.



## Any particular wedding makeup look you'd go for? Share your thoughts in the comment section below!

Featured Image Source: https://www.pinterest.ca/pin/767652698962292053/



SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL                          SIGN UP

TAGS        BRIDAL   BRIDAL MAKEUP   BRIDAL MAKEUP LOOKS   WEDDING MAKEUP

21.5K SHARES    PIN   SHARE   TWEET   SHARE

RELATED POSTS





CITY LIFE

**Best Spas In Toronto For Serious Unwinding**

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Societyo9

FOLLOW US



DATA NOT FOUND. PLEASE CHECK YOUR USER ID.     1.6K     1.4M

Australia

Canada

France

United Kingdom





# Exhibit "G"

# SOCIETY19

BEAUTY

# 5 Common Skincare Mistakes And How To Fix Them


BY HANNAH BALDI
AUGUST 17, 2019



Advertisement



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

WITH E-MAIL    [SIGN UP]






Skincare mistakes – we all make them, and we don't even realise that we're slowly damaging our skin. Continue reading to discover the 5 common skincare mistakes people make with their skincare routines, and what you need to do to fix them!

## 1. You're Mostly Using Face Wipes

Face wipes are one of the most popular and most-used products in people's skincare routines, but it's time to ditch the face wipes as they're not good for your skin at all. Using face wipes causes you to pull and tug at your skin to remove your makeup. Makeup wipes should really only be used in an emergency, or to remove truly stubborn makeup that won't budge.

For a proper and deep cleanse, remove makeup with an oil-based cleanser then follow with a water-based cleanser to revive and re-balance the skin. Follow with a toner to remove even the tiniest traces of makeup left on the face, and to restore the skin to it's pH level. Opt for a water-based cleanser that is sulphate-free, brightening and clearing to achieve clear and radiant skin.

Advertisement



Advertisement







## 2. You're Not Using The Right Water Temperature

Rinsing your face with super hot or cold water can truly disrupt your skin and prevent your skincare products from working at their best. Beauty myths (such as hot water apparently benefits oily skin as it prevents sebum production, and cold water closes the pores) can do more harm than good when it comes to your skin.

Hot water can cause irritation, lead to dry skin and lead to your blood vessels rupturing. Ice cold water can be just as bad. Instead, use lukewarm water to wash your face, and you'll start seeing results instantly. Lukewarm water can soothe the skin, and lead to a clearer complexion.

Advertisement



Learn more





# 3. You're Not Taking Your Makeup Off Before Working Out

Leaving your makeup on whilst you go to the gym and work out is one of the worst things you could do to your skin, next to going to bed with makeup on. The idea of removing your makeup before your workout class can sound like such a hassle but trust me, your skin will thank you in the long run.

Remove your makeup with a gentle cleansing water or micellar water before the gym, then deeply cleanse your face once you get home. If you don't take your makeup off before working out, grime, makeup and sweat can get trapped in your pores, which creates breakouts.

Advertisement



Trusted reviews to help you bring home the best.

Access Now

CR Consumer Reports



SEE ALSO



BEAUTY
Tips to Lose The Freshman 15

# 4. You're Not Checking The Ingredients

Deciphering which ingredients to avoid, and which to include in your skincare routine, can be tough, especially when you can't even pronounce them and there's so many out there. The main ingredients to avoid are parabens. Parabens are chemicals (methylparabens, propylparabens, butylparabens, and ethylparabens) used as preservatives in almost all skincare products including, shampoo, makeup, cleansers, and lotions.

Advertisement



Parabens have been linked to breast cancer, and they also act as a hormone disruptor. Opt for natural and vegan skincare products, and check the ingredients of beauty products before you purchase them, especially if your skin is on the sensitive skin.



# 5. You're Exfoliating Too Much Or Not At All

Over exfoliating can lead to dryness, irritation, inflammation and even a skin infection. Not exfoliating will result in dull, clogged skin that is more prone to acne and dryness. Exfoliate once to twice a week using a physical exfoliator, like a scrub, or a chemical exfoliator, like a BHA or AHA.

Advertisement







## Which of these skincare mistakes are you guilty of making? Share your skincare tips and tricks in the comments below!

Featured Image Source: https://www.pinterest.co.uk/pin/383630462008334118/



### SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |
| --- | --- |

TAGS   —   BEAUTY   BEAUTY TIPS   &   SKIN HACKS   SKINCARE   SKINCARE MISTAKES   SKINCARE TIPS

2 SHARES

RELATED POSTS







UNCATEGORIZED

**How To Perfect Your Skincare Routine Steps For Your Most Radiant Skin**



BEAUTY

10 Makeup Brands That Are Totally Underrated



UNCATEGORIZED

8 Healthy Habits For Clear Skin



BEAUTY

5 Makeup Products to Create The Perfect No Makeup Makeup Look



UNCATEGORIZED

10 Foods That Can Benefit Your Skin



BEAUTY

Makeup Products You Need In Your Life

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Societyia

FOLLOW US

f                    y    p

DATA NOT FOUND PLEASE CHECK YOUR USER ID    URL    1.4N

Australia

Canada

France

United Kingdom

peacock STREAMING FREE, ONLY ON PEACOCK    SIGN UP NOW




# Exhibit "H"

# SOCIETY19

f DALA SOFTWARE PLEASE THE JUNIOR USED IN   🐦 LIKE   📌 LIVE

≡    FASHION ∨    BEAUTY ∨    LIFESTYLE ∨    RELATIONSHIPS ∨    GUYS ∨    COLLEGE LIFE ∨    EDITIONS ∨    SCHOOLS    CITIES    🔍

BEAUTY

# How To Transition Your Makeup Bag From Summer To Fall



BY HOUNDSVILLE
SEPTEMBER 5, 2017



Advertisement



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| WITH E-MAIL | SIGN UP |

Advertisement

261
SHARES

📌

f

🐦

📑

in

◎

✉

👹

A   s the weather and the seasons begin to change, our makeup bags and the products we use on our faces should also do so accordingly. Continue reading to discover how to transform your makeup bag from summer to fall!

## Ditch White Eyeliner To Brown

As fall begins to grow closer, the first product you can switch up in your makeup bag is your eyeliner. Opt for a dark brown shade to apply to your waterline for a subtle yet sexy look. Choose a brown shade rather than black for a more natural and subtle finish.

A good brown eyeliner is the Revlon Colorstay Eyeliner in Brown – this eyeliner is perfect to use to define the water line and it is incredibly easy to apply and long-lasting.

Advertisement



*Shop the product*



Advertisement



## Swap Glossy Formulas For Matte

The second way to transition your makeup bag from summer to fall this year is to swap

out glossy formulas for more dry and matte formulas. This only applies to lip products – for instance, try replacing the lip glosses in your makeup to matte liquid lipsticks. These are long-lasting, and much more comfortable on the lips, and perfect as the temperature begins to drop.

A good matte liquid lipstick is the Jouer Cosmetics Long Wear Lip Creme Liquid Lipstick in Sangria – this liquid lipstick offers full coverage colour with a soft-touch finish that glides on smoothly, and lasts all day.



Advertisement

*Shop the product*



## Opt For A Foundation That Promises A Glow

When changing your makeup bag from summer to fall, opt for a foundation and base makeup products that offer a glow and a dewy finish. As the weather begins to change, our skin can become dry as a result of harsh winds and rain.

Advertisement

A good foundation to wear during the fall is the No7 HydraLuminous Moisturising Foundation – this moisturising foundation gives a flawless, natural finish and a healthy all-day glow.



*Shop the product*

Advertisement







## Ditch Red Lipstick For A Pink Nude

Another way to transition your makeup bag from summer to fall this year is by ditching the bold and bright lip colours such as a red lipstick and opting for a pink nude shade instead. A good pink nude lipstick is the Illamasqua AntiMatter Lipstick in Binary – this lipstick is a semi-matte, warm coral lipstick that adds long-wearing, non-drying colour to your lips.



Advertisement

*Shop the product*





SEE ALSO



BEAUTY
**12 Red Lipstick Shades That Are Perfect For Dark-Skinned Women**

Advertisement

## Focus On Contouring

Another way to transition your makeup bag from summer to fall is by swapping out the bronzer for a contouring product. A good contouring product to add into your makeup bag just in time for fall is the Kevyn Aucoin The Contour Duo palette. Dust the powders all over the face for a radiant glow, or apply them to your cheekbones, brow bones, temples and collar bones for a sultry shimmer.



*Shop the product*

Advertisement



## Avoid A Powdery Finish With A Setting Spray

Transition your makeup bag from summer to fall this year by replacing your setting powder with a setting spray in order to avoid a powdery-looking finish. A good setting spray is the NYX Dewy Makeup Setting Spray.

Simply spray this fine mist over your face as the last step in your make up routine, and it will keep everything looking as fresh and flawless as when you applied it. This spray is available in either a matte finish or dewy finish, so you can choose according to your skin type.

Advertisement





*Shop the product*



Advertisement



## Which of these makeup bag changes are you going to make this fall? Share your makeup tips in the comments below!

Featured Image Source: https://www.pinterest.co.uk/pin/383650462008357051/



### SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!



TAGS — MAKEUP

261 SHARES

RELATED POSTS



MAKEUP

10 Makeup Products That Make Your Routine Easier



BEAUTY

Makeup For Beginners: 10 Easy And Basic Tips For Everyone



BEAUTY

10 Pretty & Creative Makeup Looks

BEAUTY

10 Makeup Brands That Are Totally Underrated



MAKEUP

5 Tips for Saving Money on Makeup



BEAUTY

10 Latinx Makeup Brands That Deserve All The Love

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US



Australia

Canada

France

United Kingdom



# Exhibit "I"

# SOCIETY19

☰   FASHION   BEAUTY   UNI LIFE ⌄   RELATIONSHIPS ⌄   HEALTH ⌄   TRAVEL ⌄   EDITIONS ⌄   SCHOOLS   CITIES                               Q

BEAUTY

# The Best Super Coloured Eyeliners You Should Try


BY ROSSELLA PETTINI
MAY 31, 2020



Advertisement



Advertisement



Advertisement



**78.7K**
SHARES











A beam of eyeliners makes an out of this world statement with an intense burst of sparkle and bold color. So, according to the trends, we decided to share with you the best super coloured eyeliners you will fall in love with!

## 1. Nyx Gel Eyeliner

This brand is just awesome!! You can have very good quality make up, spending just a little...in fact, this Nyx Gel Eyeliner is such a big deal: only 5 dollars for a very easy application! Available in three shades packed with interstellar shimmer, this formula glides on silky-smooth and is super easy to blend. These rich colors stay put for strong galactic glam. "Swap your standard wing for eyes that twinkle like stars" with this one and check all the other cruelty-free eyeliners they created out or book a makeup lesson with Nyz professional makeup artists!



Advertisement





Advertisement



Let the Platinum Card® take
you to new heights.

Earn 5X Membership Rewards® points on
Flights Booked Directly with Airlines.

Learn more

don't live life without it™          Terms apply

*Shop the product:*



# 2. Tarte so fine Micro Liner

Why don't you try to define your eyes using this water-infused liquid liner? Featuring
an ultra-fine tip, it makes it easy to create a crisp, precise line and expertly fills in
spaces between lashes to extend and volumize the appearance of the upper and lower
lash line. Formulated with Tarte's antioxidant Rainforest of the Sea complex, it helps
hydrate and protects the skin. It's loaded with triple-black pigments perfect for
creating a crisp line or dramatic cat eye look with ultimate control!



Advertisement



Brilliant Eye Brightener™

Thrive Causemetics     Open >

*Shop the product:*



## 3. Sephora Fingertip Eyeliner

Worth the packaging and the choice of colours is this eyeliner created by Sephora! The

perfect can do it all every time. If our photoshoot slip your mind, reach for the tip of this new brilliant Fingertip Eyeliner for easy, precise eyeliner application every time, even for the finest lines. All of its deep shades, from classic black to electric blue, deliver intense, long-lasting liquid colour. Our favorite? The electric blue!

Advertisement




*Shop the product:*





Advertisement



## 4. Fenty Vivid Liquid Eyeliner Trio Limited Edition

When in doubt, wing it out in electrifying colour. These Vivid Liquid Eyeliner Trios deliver bright pastel hues that make it easier than ever to amp up your daily cat eye in one vivid stroke of its extra-fine precision brush. Blaze a new trail in tropical pops (Baeside), chic pastels (Baecae), or vibrant bolds (Baewatch). Rihanna created the shades in each trio. Wear them solo or mix and match to create your own eye-opening colour combo. With super smooth precision and glide, these liquid eyeliners deliver soft neon effects that work for everyone! If your looking for a super sleek winged Eye this is your BFF! Super easy to use, glides on and stays on, superfine tip for the perfect sharp edge and gets right into the lash line. A must in every professional kit!



*Shop the product:*

PREVIOUS ARTICLE

NEXT ARTICLE

Advertisement



Brilliant Eye Brightener™

Thrive Causemetics     Open >

Advertisement



Learn more

# 5. Chromaline by Mac

We love it for the Genuine Orange and the Magenta shades. But the palette offers both vibrantly bright and blackened shades. This is a waterproof gel/cream liner that provides all the smooth graphics benefits of a liquid liner. Creates precise, long-lasting lines of intense colour with dense matte coverage. Applies smoothly, sets quickly. Waterproof and smudge-proof. Best when used with brushes, it can guarantee unbelievable results!





*Shop the product:*



### 6. Roller Eye Bright Highlighter Pencil

Advertisement



**Brilliant Eye Brightener™**

Thrive Causemetics    Open >

We think this is a must-have for your everyday makeup! You can look bright, refreshed and awake in an instant with this one. In fact, this creamy, waterproof, eye pencil easily glides onto waterline and inner and outer corners of the eye for a wide-awake look. The secret to brighter eyes is this universally flattering, natural-looking soft pink shade that opens up the eye area. You should definitely try it!





*Shop the product:*

Advertisement





Now you're perfectly prepped for a night out

**with this list of coloured eyeliners! If you'd love to keep discovering makeup tips through our articles… leave a comment below!**

Featured Image Source: https://pin.it/4dtivoy6wvsdkm



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |
| --- | --- |

TAGS — APP.OY ART BEAUTY COLOURS EYELINER MAKEUP STYLE TIPS TREND

76.7K SHARES

| P PIN 77.9K | f SHARE | y TWEET | in SHARE |
| --- | --- | --- | --- |

RELATED POSTS



BEAUTY

**Simple Skincare Hacks For Problematic Skin**



FASHION & BEAUTY

**10 Smaller Fashion Instagrams That You Should Be Following**



BEAUTY

**The Sensitive Skin Rundown: Things To Do And Definitely Not Do**



UNCATEGORIZED

**Beginners Guide To Effortlessly Wavy Hair**



FASHION

**Show Your Personality Off For Less: Best Affordable Brands That Will Suit You**



BEAUTY

**8 Drugstore Alternative Products That Are Just As Good As The Originals**

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US

SOCIETY19 EDITIONS

Australia

Canada

France

United States







# Exhibit "J"



BEAUTY

# 10 Minimal Makeup Looks That Take 10 Minutes Or Less

BY TAYLOR SINGLETON
MAY 14, 2018



Advertisement



94:58
SHARES

here is no denying we all want to look beat-AF every day and totally slay the world, *right?* But sparing ourselves only 10 minutes every morning to get our faces looking somewhat presentable, can be difficult even for the best of us. Unless you are wickedly talented at make-up, a caffeine addict or just a really productive morning person *(how do you do it?)*, it can be hard looking our best with only 10 minutes to spare before running out the door. However, here are 10 minimal makeup looks under 10 minutes that will help *up our game and make us look insane...*

## 1. The Faux Glow

We all want to look incredible rocking up to uni or the office, but looking like you have a cake-face or used a cement trowel to apply your makeup is something we can all relate too. Because frankly, how do we achieve that airbrush look with only 10 minutes to spare at 8am? We all want to hide that weekend-hangover look, and 'I haven't slept a wink for 5 years' appearance, and the best way to hide all our sins is to create that 'faux-glow'. Using heavy moisturizers, highlighters, dewy foundation, and a face spray can help create this quick fix beautiful look.



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL        SIGN UP

Advertisement





*Shop the look:*





Advertisement

## 2. The Bold-Brows

There is no denying the hottest make-up statement right now is all about the brows.
Something so small and significant can help frame our faces and make it look like we
have that natural put together look – when we *really* do not. Using natural strokes with
either a pencil or powder can help define the brows and make us look somewhat alive

at eight in the morning. Less is more these days, and simple, but defined brows are a must in minimal makeup looks.



Shop the look:

Advertisement





## 3. Bronzy Eyes and Bronzy Lips

When we think of corpses we instantly picture shriveled lips and sunken eyes, *correct?* Or maybe just our reflection at 7 am? Unless you are after that dead-corpse look (you do you), it isn't something the majority of us strive for. Faking that 'I am actually alive' look in the morning can be difficult with only 10 minutes to spare, but the best way to achieve that alive and well look is with a bronzy eyeshadow and nude lip. It will

instantly give a fresh and dewy look to faces and make the eyes skin appear prominent (even if they are not).



Advertisement



*Shop the look:*





## 4. "I'm Not Wearing Make-up, What Ever Do You Mean?"

If you prefer to not wear makeup and would like to utilize your 10 minutes more productively either sleeping, sleeping, or sleeping – we don't blame you. However, if you are still looking to add that something to your face and give the minimalistic 'No-makeup-makeup' look a great alternative to a heavy high-coverage foundation is a tinted moisturiser. It will instantly hydrate your face and add a little life and colour to it.

Advertisement



Shop now on Amazon Fresh  amazon fresh



*Shop the look:*



## 5. Makeup Without Mascara

Sometimes we always rely on mascara to make us look put-together and awake. But if you only have 10 minutes to apply makeup before running out the door, mascara can be a bit of squeeze to fit in! Applying all of our other go-to makeup products and skipping out on the mascara may sound daunting, but it will give you that fresh face look without having any hassle.

Advertisement



Shop now on Amazon Fresh amazon fresh



## 6. The Statement Lipstick

Typically, lipstick can take our minimalist makeup look to a whole new game. However, when we only have that short 10 minutes to apply makeup and look like we made a little effort, skipping out on all our other makeup products and applying a lipstick will give us that minimalistic look with a little *edge*. And guess what? This will only take 3 seconds... commence snooze button.





Advertisement



*Shop the look:*



## 7. The Blushed-Blush

The biggest give away of wearing make-up is hiding our natural rosy cheeks. If you
have applied a little foundation and it has hidden your natural blush, we can always
fake-it – shh! Nobody will ever know. Creating minimal makeup looks can sometimes
be difficult, but by using a cream blush similar shade to our skin will make it all look
au-naturel.

Advertisement





*Shop the look:*



Advertisement





SEE ALSO

BEAUTY
**The Best Beauty Accounts To Follow On Instagram**

8. Bring Me To Life Brown Eyeliner

Once you begin using eyeliner there is no going back. We begin relying on it to look like 'ourselves' and feel totally naked without it. But sometimes, a black eyeliner can look a little harsh for those minimal makeup looks, and after all, it can also take some hell of a time to perfect – especially in 10 minutes! Using a brown eyeliner looks more discrete and subtle, and if we mess up it is less noticeable – phew!



Advertisement



Shop now on Amazon Fresh · amazon fresh

*Shop the look:*



# 9. "I've Just Got Back From the Carribean, This Isn't Makeup"

Unfortunately, we aren't all lucky enough to visit the Caribbeans, so replicating that vacay tan can be difficult. However, the answer to our dreams is either applying for a hefty loan or using a cream bronzer. Cream bronzers are very natural looking, and by applying it to the outside perimeter of our faces gives the impression it is a natural tan

from the sun. We can all dream it is natural ~ *cry*

Advertisement



Shop now on Amazon Fresh. amazon fresh



*Shop the look:*



## 10. Gloriously Glossy Lips

Our lips can be the quickest to do when we don't have long to apply makeup, and we have a tendency to forget to apply anything to our lips. Even if it is a light balm or quick gloss, it can amp up our minimalistic makeup look and can be applied within our short ten minutes.

Advertisement





*Shop the look:*



Advertisement

There are so many ways to create minimal makeup looks, which inspirational ones will you try?

Featured Image Source: www.Pinterest.com



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!



| YOUR E-MAIL | SIGN UP |

TAGS — DAYTIME MAKEUP   DAYTIME MAKEUP LOOKS   MINIMAL MAKEUP   MINIMAL MAKEUP LOOKS   NO MAKEUP MAKEUP
NO MAKEUP MAKEUP LOOK

44.5K SHARES

RELATED POSTS



BEAUTY

**How to Look Like You're Not Wearing Much Makeup**



BEAUTY

**A Quick Natural Looking Makeup Routine For Those Busy Mornings**

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Societyia

FOLLOW US



DATA NOT FOUND PLEASE CHECK YOUR USERID

Australia

Canada

France

United Kingdom





# Exhibit "K"



SOCIETY19

BEAUTY

# How To Master the No Makeup Makeup Look, And Rock It


BY AFLIN PAULA KAPAMS
AUGUST 23, 2016



Advertisement



Advertisement



Advertisement



Advertisement



21.6K
SHARES

astering the no makeup makeup look is one of the hardest things and sometimes takes longer than a glamorous night out look because you really got to blend that foundation so it looks natural. This makeup look is perfect for a casual day out, Sunday activities in jeans or even a daytime date.



## 1. Taking care of your skin

One of the most important things is actually what you do before you put on your makeup. You really need to do a thorough skin care routine and moisturise your skin really well. This will help the foundation or the concealer to blend much easier.



Advertisement



## 2. Subtle highlight and contour

After you are done with your morning skin care, grab a bit of liquid highlighter and apply a very small amount under your brow bone, bridge of the nose, inner corner of your eye, cupid's bow and diagonal to your cheekbone. But when you do this make sure your highlighter is liquid and that you have applied a very small amount. This is an important part of the makeup makeup look.

Apply your foundation and first blend it with your fingers and afterwards with a damp beauty blender. This will help the makeup to cover everything without looking cakey.

Advertisement



Just because you are doing a no makeup makeup look, it doesn't mean you cannot contour. Contouring can be done in a very minimal way without anyone realising.

Again, sticking to liquid products put tiny dots of contour on your cheekbone and bronzer underneath. Blend this really well and make sure it doesn't look like someone has drawn a line on your face. You can make it look slightly sharper by applying a small amount of concealer underneath the contour diagonally.



Advertisement



Advertisement



## 3. Natural eye shadow look

When you are done with your skin, we can now move on to the eyes. It is very important to keep the eyes as minimal as possible because no one has blue glitter or eyeliner naturally on their eyelids. For this you can use a powder contour or a bronzer

and apply as you can to the eyeshadow using your eye shadow brush. After you have done this, you can apply the highlighter you have used and put it on the centre of the eyelid. After this take an eye pencil (black or brown depending on your eye and skin colour) and apply two dots on the outer corner of your upper lash line and two dots on the outer corner of your lower lash line.



## 4. Blend, blend, blend!

After this grab a small brush or by using your pinky, blend the dots all over your lash lines. This will enhance your eyes without anyone even realising what you have done.



Advertisement



Celebrate with a $500 Credit
Stay two nights and receive a $500 credit to use at XS Nightclub featuring A-list DJ's

wynn
BOOK NOW

## Last but not least don't forget your

mascara as it pulls together your no makeup makeup look. Grab light mascara and apply it to your upper lashes. Or you can use really powerful mascara that will make it seem like you've only put a tiny bit of makeup in the morning.

Featured Image: Weheartit



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |

TAGS — BEAUTY CASUAL MAKEUP HACKS NO MAKEUP WOMAN

21.6K SHARES

| P PIN 21.6K | f SHARE 0 | y TWEET | in SHARE |

RELATED POSTS



BEAUTY

Simple Skincare Hacks For Problematic Skin



FASHION & BEAUTY

10 Smaller Fashion Instagrams That You Should Be Following



BEAUTY

The Sensitive Skin Rundown: Things To Do And Definitely Not Do



UNCATEGORIZED

Beginners Guide To Effortlessly Wavy Hair



BEAUTY

8 Drugstore Alternative Products That Are Just As Good As The Originals



BEAUTY

5 Cruelty-free Alternatives To Estée Lauder's Double Wear Foundation

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US



SOCIETY19 EDITIONS

Australia

Canada

France

United States





# Exhibit "L"

MAKEUP

# 8 Best Eyeshadow Looks For Green Eyes



BY NICOLE WALSH
DECEMBER 11, 2019



Advertisement



Honda Pilot

SIGN UP TO OUR
NEWSLETTER

Get notified about exclusive offers every week!

WRITE-MAIL          SIGN UP

Advertisement



20.8K
SHARES

A ttention all girls with green eyes: this article is for you! In the world, approximately two percent of people have green eyes. Other than being beautiful, green eyes are very rare. If you find yourself searching for the best eyeshadow looks for your exotic eye color, stay tuned. I, myself, have green eyes and that is largely what has inspired me to write this article. These eyeshadow looks will enhance the natural beauty of your green eyes!



# 1. Gold, Bronze

So it's Friday night, and you want to look your best. Hold that thought beauty queen, because gold adds the perfect complementary color to your green eyes. The color can be anything from rose gold, (a personal favorite), to golden color. The reason why gold or subtle shimmery looks pair best with green eyes is that you already have such beautiful, double-take features, that your eye makeup doesn't need to compete. Another tip is to place a shimmery white/ gold color just in the corner of your eye, near the tear duct, to make your look pop.

Advertisement



**Luca on Disney+**

Ad By Disney+

See More



# 2. Plum, Purple

One of the many reasons why purple is a go-to for green eye shadow looks is because you can do so much with it. Day time, night time, or the middle of winter, you can find the appropriate look just for the occasion. An added plus, many eyeshadow palettes are tailored with that in mind – a purple eyeshadow palette will usually come with a variety of 5 different purple shades to complete and customize your look. Grab some mascara to top it off, and you're good to go.



Advertisement



## 3. Classic Cat Eye

The classic cat-eye makeup is still in style, and I don't think it ever left. You may have heard it being referred to as 'smokey cat-eye', or 'smokey eye', it's all the same. The best thing about this is you can adjust it based on what type of style you are going for – a night out, dinner date, or intense look. You can modify the cat-eye style to what you like best, and there is surely at least one style that you'll end up liking. Many cat-eye looks require an eyeliner/ eye pencil, which is usually in darker colors like brown/black to best complete the look. And also, it won't break the bank! Typical larger retail stores like Ulta, or CVS, everything you'll need to complete the look shouldn't cost you more than $25.00 at most.





## 4. Gray And Darker Colors

With this eyeshadow look for green eyes, you won't just look like a Maybelline model – you'll also feel like one. What you'll need to perfect this look: mascara (of course), dark eyeliner, gray eyeshadow, small brush, dark gray eyeshadow, and a slightly lighter gray color. This look is best for the winter months but can be rocked at any time. Not to mention, it will go with any outfit. These colors are essential for the winter months, and they'll match your wardrobe perfectly!

Advertisement



**ADD MORE STYLE TO YOUR LIFESTYLE.**
EARN 60,000 MEMBERSHIP REWARDS® POINTS.



## 5. Blue Liner, And White Shadow

A personal favorite of mine, and now my secret is out. I have enjoyed this eyeshadow look for over a year now, and I discovered it by playing around with my makeup one day. The compliments you receive are endless! This look can be rocked any season, any occasion, but my favorite time to wear this is in the summertime. To complete the look, start by applying a white, eye-catching shadow in the corner of your eye near the tear duct. Next, grab any eyeliner of your choice in the color dark blue, turquoise, or

green/blue. Apply the eyeliner to the opposite side of your eye, away from the white eyeshadow. Trust me, this look is one of a kind. Rock on, green-eyed beauty.



Advertisement



TEAMGLENMILLS.COM

SEE ALSO



BEAUTY
20 Cheap Makeup Brands For Beauty Addicts On A Budget

## 6. Liner, Liner, And More Liner

One of the best ways to make your green eyes pop – is the add a little black liner to the top, and bottom of your lash line. The classic look is black, and the amount you choose to put on top and bottom is up to you. This is probably one of the best looks while still keeping it simple. Suitable for work, parties, date nights, and busy days. Best complete the look with a gray eye shadow below the bottom lash line, and a subtle gray color across the top lid. The best thing about this look is that you can't go wrong, and it can be adjusted and tailored to your liking.



Advertisement



Luca on Disney+

Ad By Disney+     See More

## 7. Peach, Nude, Classic Beauty

Listen up beauty queen: green eyes are a never-ending beauty themselves, so your probably wondering where the simple eyeshadow looks are. Well, here you have them. This look is perfect for every day and all seasons. Many drug stores and cosmetic departments carry eyeshadow palettes for nude looks, so no worries there. To begin, grab any white or nude colored shadow. Sweep across the top lid, and follow up with a peach color in the crease, adding definition. The bottom lash line can be left alone, or finished with a very light pink color on the bottom. When it comes to eyeshadow looks, it is important to keep the season in mind. With any nude look, you'll be perfect at any given time: rain or shine.



## 8. Intense, Dark Purple

Last but certainly not least, we have the dark purple/ plum look. This look can be
satisfied with shades: deep purple, dark gray, dark shimmer, and black eyeliner. This
eyeshadow look for green eyes can be best carried out for an evening event, although
you'll look glamorous at any time wearing it! Not to mention, almost any Maybelline
palette should have you covered. So many of us are afraid to step out of our comfort
zone when it comes to things like eyeshadow looks. Why not take a chance? You'll look
flawless while doing it, and you may just end up loving it.

Advertisement





## Now you have eyeshadow looks for green eyes, so comment below your favorite style!

Featured Image Source: https://www.pinterest.com/pin/626985579356848070



### SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL                    SIGN UP

TAGS — BEAUTY EYESHADOW



**NICHLE WALSH**

Senior at UMass Dartmouth with a minor in communications, writing has always been a part of me. I believe writing is a powerful form of self-expression, and I couldn't have found an internship more aligned with my goals to pursue a career in this field.

26.8K SHARES

RELATED POSTS



BEAUTY

**Makeup For Beginners: 10 Easy And Basic Tips For Everyone**



BEAUTY

**10 Pretty & Creative Makeup Looks**



FASHION & BEAUTY

**Cosmetic And Beauty Instagrams You Need To Go Follow**



MAKEUP

**5 Tips for Saving Money on Makeup**



BEAUTY

**10 Latinx Makeup Brands That Deserve All The Love**



MAKEUP

**An Everyday Makeup Routine Using All Drugstore Products**

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US

f          y          p

DATA NOT FOUND. PLEASE CHECK YOUR USER ID.

Australia

Canada

France

United Kingdom



f  y  p



# Exhibit "M"

# SOCIETY19

f DATA NOT FOUND PLEASE CHECK SENDER USER ID.  ☲ LIKE  𝓟 LIKE

FASHION –   BEAUTY –   LIFESTYLE –   RELATIONSHIPS –   GUYS –   COLLEGE LIFE –   EDITIONS –   SCHOOLS   CITIES

BEAUTY

# 10 Makeup Looks That'll Make You Glow This Summer



BY ALYSSA COLLART
APRIL 5, 2019



Advertisement



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

WITH E-MAIL      SIGN UP

Advertisement



If you're noticing changes, it could be Alzheimer's. Visit a doctor together.

3.7K
SHARES

𝓟

f

🐦

▤

in

◎

✉

🍎

**S**uccessful summer makeup looks are always hard to come by. How many times have we all dreamt of that perfect makeup glow that overcomes all the drawbacks that accompany summer, aka SWEAT. I'm here to help cure all your summer makeup problems. Here are 10 makeup looks that'll make you glow this summer.

## 1. Back To Basics

A basic look is perfect for those tans that don't matchup with your foundation. Don't worry about spending those extra dollars on a new product, embrace your sun kissed skin and slap some fun colours on your eyelids. You're ready for a casual ice cream date!







Advertisement

## 2. Sexy Smudge

This is perfect for transforming your usual smokey eye for a night out into a patio season look. Instead of using greys and reds, use bright colours that will make your eyes pop in a sea of basic nude looks. Rainbow is currently all the rage.



# 3. Exotic Eyelashes

Eyelash extensions have been all the rage this year and that's gonna continue straight into the heat. There's just something about the concept of having ready to go eyelashes that benefit you not only because it shaves loads of time off your morning routine, but because of the way it makes your makeup look glow.

Advertisement





# 4. Natural Nude

No makeup is more makeup. That's definitely one of my mottos throughout the summer months. Using extensive products during those humid days leads to your face literally melting. Using no makeup or nude colours prevents other people from questioning your makeup skills or having a panic attack when looking in the mirror in an amusement parks bathroom.





Advertisement



## 5. Wings For Weeks

Winged Eyeliner is everything and I rarely complete a look without it. Finding that perfect liquid liner that'll give you that matte glow can be a little tricky at times. But when you do, that wicked wing will compliment any summer makeup looks you have in mind.





## 6. Hello Highlight

Highlight, Highlight, Highlight. What is even a makeup look without that cheekbone glow? Highlight is perfect for the summer months where...sweat...is just inevitable. That shimmering powder will help make your makeup looks less sticky and more dewy.

Advertisement

PREMIER
RENTAL-PURCHASE

## 7. Lolli-pop Lips

Lipstick can be tough. Especially when it's constantly rubbing off on your underlip when you eat. If this is something that happens to you, I definitely recommend trying the staining method. Rub some pigment into the middle of your lips and slowly spread it out towards the edges. You'll be all set to enjoy all that summer sugar without worrying about lipstick smudges.

SEE ALSO

FASHION

15 Amazing Ways To Wear Boho Kimonos

Advertisement

Rakuten

## 8. Bold Brow

Eyebrows frame your face and that's just facts. So bolding up your brow with any of these makeup looks will improve your beauty guru skills by like a 100 instagram followers. Try using a powder instead of a liquid brow pencil, you'll thank me when your eyebrows aren't melting. Insta influencer here you come!



Advertisement



## 9. DIY Freckles

Freckles weren't always cool. But, the last couple of years people have finally started to see the uniqueness in freckles and have created makeup looks by dotting their faces. A freckle look in the summer will definitely enhance your skins bronze tone from the sun and draw attention to your perfectly shimmering cheekbones.



## 10. Popping EyeShadow

Pop! Your eyes are beautiful and they deserve all the attention. Frame your eyes with summer colours that highlight your eyes. With those magnetic colours, sunny glare, and natural eyes, your eyes will be the centre of attention all summer long.

Advertisement





## Will you be trying out any of these makeup looks this summer? Let me know in the comments below.

Featured Image:https://www.pinterest.ca/pin/226728962476060172/



### SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |

TAGS    BEAUTY    MAKEUP    MAKEUP LOOKS    SUMMER

ALYSSA GOULART

"Hi Everyone! I'm Alyssa from Toronto and I'm 21 Years Old. I'm a Fourth Year Student at the University of Toronto. I love writing, blogging, and content creation. Let me know what you think of my articles."

5.7K SHARES

RELATED POSTS









BEAUTY

**Makeup For Beginners: 10 Easy And Basic Tips For Everyone**

BEAUTY

**10 Pretty & Creative Makeup Looks**

FASHION & BEAUTY

**Cosmetic And Beauty Instagrams You Need To Go Follow**

MAKEUP

**10 Makeup Products That Make Your Routine Easier**





BEAUTY

**10 Makeup Brands That Are Totally Underrated**

MAKEUP

**5 Tips for Saving Money on Makeup**

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Societyxo

FOLLOW US



TOKEN NOT FOUND. PLEASE CHECK YOUR SETTINGS.





Australia

Canada

France

United Kingdom

Harry Potter

# Exhibit "N"

# SOCIETY19



f DATA NOT FOUND. PLEASE CHECK YOUR USER ID.  ✈ 5.6K  𝕏  ⚲ 4.6K

FASHION ⌄    BEAUTY ⌄    LIFESTYLE ⌄    RELATIONSHIPS ⌄    GUYS ⌄    COLLEGE LIFE ⌄    EDITIONS ⌄    SCHOOLS    CITIES                              Q

BEAUTY

# 8 Summer Eyeshadow Trends You Need To Know About



BY POONAM DARYANI
APRIL 27, 2018



Advertisement



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL         SIGN UP

Advertisement



2.4.8K
SHARES








A re you overwhelmed with how constantly eyeshadow trends tend to change? It's like one day a vibrant yellow look is all the rage and the next people are all about the orange tones. Fear not young grasshopper, that's what this list is for. I took 8 of the best natural eyeshadow summer trends that are for sure gonna remain trendy all throughout summer – that's the beauty of simplicity! Keep on reading to learn more about the summer eyeshadow trends you need to know about.

## 1. Shit, Throw Some Glitter On It

This look isn't your typical glitter eyeshadow look. In contrast to the usual shimmer shadows that we normally apply to our lids, this look opts for larger pieces of glitter. Note how its only been applied to the top of the lash line, almost like it's a liner, and in the crease there's only the slightest hint of some colour to give the look a bit more dimension. Also, adding the glitter to the bottom lash line just completes the look and it's a great way to stand out this summer!





Advertisement



## 2. My Gloss Is Poppin'

This glossy eyeshadow trend is a very editorial look. It's gonna look high-fashion and unique while remaining natural and simple. You can pair this eyeshadow trend with almost all makeup looks and it'll go great with anything you wear! Surprise your friends this summer by showing them you're all about those runway makeup trends.



Advertisement



## 3. Coloured What Now?!

Two words: coloured mascara. I know. Yes I hear you. Before you decide to write this
one off, take a look at Cara Delevingne and tell me you don't love this look. With a
natural base and no eye makeup on your lid, coloured mascara is going to look amazing
on you this summer! I don't wanna hear another word before you give a try – who
knows, this may be the only eyeshadow trend you decide to rock the entire summer!



## 4. Pop Of Colour

While most summer eyeshadow trends will have you putting vibrant colours on your
lid, this look decides to shake things up a bit. Keep your lid empty of colour (or add the
tiniest amount of a neutral shade if you must) and add a pop of colour to your bottom
lash line. The possibilities are unlimited here people – you can add any shade you want
to and it'll look amazing.

Advertisement







## 5. Glowing Bronzed Goddess

If trying out new eyeshadow trends isn't really your cup of tea, this look is perfect for you. It's a more traditional eyeshadow look that's always gonna keep you looking on point no matter what. Also note how there's a shimmer shade applied to the bottom of the brow bone – this is going to up the glow factor and it'll look like you're radiating a natural glow from within!

Advertisement





## 6. I'll Take The Glitter, Make It A Double Please

If you find yourself liking the more editorial looks, you're gonna love this one. You can achieve this look by applying a neutral shade to your lids and then – with the help of some primer – apply a pigment on top. A lot of makeup gurus will tell you not to blend glitter shadows in your crease, but I disagree because...well look at how gorgeous it looks!

SEE ALSO



BEAUTY
10 Best Sunscreens That You Can Wear Every Day

Advertisement





## 7. Stick To The Basics

This simple eyeshadow will pair beautifully with whatever look it is you're going for. Apply a skin-tone colour to the outer crease of your eye and apply a shimmer shade to the inner eyelid. Top it off with adding just the tiniest amount of a peach shade to the crease – so that it's there but barely. This look simple enough that it can be worn in the daytime, but also classy that you can carry it forward for nighttime as well.





Advertisement



## 8. Peach Punch

Peach is a colour that looks good on any and every skin tone. That's why this eyeshadow trend is definitely going to be a hit this summer. It keeps the face looking bright and awake while also looking like you actually put in a lot of effort for a look that probably takes five minutes max.



Advertisement



**Did any of these eyeshadow trends catch your**

eye. Which one will you be trying out this summer? Let us know in the comment section below!

Featured image source: https://www.pinterest.ca/pin/354940004372220424/lh



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |

TAGS — EYESHADOW   EYESHADOW TRENDS   MAKEUP TRENDS   SUMMER EYESHADOW   SUMMER EYESHADOW
SUMMER MAKEUP



| 📌 PIN | f SHARE | 🐦 TWEET | in MORE |
| 🏴 | ⊙ | ✉ | 🍵 |

24.1K SHARES

RELATED POSTS



BEAUTY

10 Eyeshadow Palettes From The Drugstore



BEAUTY

10 Easy Eyeshadow Looks For Beginners



BEAUTY

10 Ways To Achieve The Perfect Summer Glow



BEAUTY

Summer Eyeshadow Looks For Everyday Life



BEAUTY

5 Products to Create a Cute Summer Make Up Look



BEAUTY

These Eyeshadow Looks Are Going To Be Stunning For The Spring

Careers                              FOLLOW US                              Australia

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

Canada

France

United Kingdom

IMG NOT FOUND, PLEASE CHECK YOUR USER ID.



# Exhibit "O"

MAKEUP

# 12 Eyeliner Tutorials That Can Change Your Look



BY ALLISON SOSNA
SEPTEMBER 11, 2020



Advertisement



firetvstick

**Stuff their stockings with entertainment**

Was ~~$39⁹⁹~~ Now $24⁹⁹

Buy now

Limited time offer

**SIGN UP TO OUR NEWSLETTER**

Get notified about exclusive offers every week!

YOUR E-MAIL          SIGN UP

13.4K
SHARES



E yeliner tutorials are becoming increasingly popular over the years. Eyeliner is a makeup product that can drastically change your look in an instant. Adding eyeliner to your makeup routine will give you the opportunity to add so many different looks to your makeup. Whether it is winged, different colors, crystallized, or double lined, adding eyeliner to your look will make it pop. With the beauty community on YouTube growing all the time, you will never run out of eyeliner tutorials to look up.

## 1. Shadow Line

The first of the eyeliner tutorials is a very unique way to make you stand out with just your eyes. Having your eyeliner winged out and then go up on the hood of your lid is already a unique look on its own, but adding the shadow to it makes it even more individualistic. You can choose any color of eyeshadow that you want and have it surrounding the eyeliner. Going in with shadow first and then applying the eyeliner will make achieving this look much easier!

Advertisement



**3 months of unlimited reading for $0.99**

GET OFFER

kindleunlimited
Terms and conditions apply





Advertisement

YE & DRAKE
FREE HOOVER DEC. 9TH OFFICIAL MERCH
PRE-ORDER NOW

## 2. Winged In And Out

Winged eyeliner is a very popular trend, but a new trend in the making is having your winged eyeliner follow on both the outside and inside of your lid. Creating a sharp edge on the inside creates a dynamic look that isn't often made. It can even give it a wavy feel to the look and make your makeup stand out.



## 3. Double Lined

Following a similar concept of having two lines for your eyeliner, this look creates a full eyeliner look with the entire hood of your lid being drawn over as well. Instead of stopping half-way like the other shadowed look, this look is much more simple but you will need a steady hand to pull it off. To tie the entire look together, add a small winged line on the bottom lash line towards the center of your face. This is a combination of our first two looks with a twist on both!

Advertisement

YE & DRAKE
FREE HOOVER   DEC. 9TH   OFFICIAL MERCH
PRE-ORDER NOW



## 4. Smoked Liner

If using eyeliner seems like the most impossible thing to do, you can still create a "line," just without the actual eyeliner. All you need is a flat, stiff eyeshadow brush and your favorite color shadow. Pack the shadow on directly above the lash line and then slowly start to smudge it out. You can blend as much or as little as you want, depending on how sharp you want it.





Advertisement

YE & DRAKE
FREE HOOVER   DEC. 9TH   OFFICIAL MERCH
PRE-ORDER NOW

## 5. Rose Liner

This is a unique look that might not be for everyday wear, but it can be a fun addition
to your makeup skills. Going from the double–winged line from before, you need to
start with the eyeliner as a base. Of course, if you want the eyeshadow on as well you
will need to put that on at the very beginning to make it blend well. Once you have the
main line, start adding however many pedals you want to it. This is a look that appears
much more difficult than it actually is, so having this look down will be a sure way to
impress people with your makeup skills!



## 6. Double Liner

If putting a winged eyeliner look together is an easy task for you, adding a double line
will be a fun look to try out. Start with your first winged line and then choose any color
you'd like to add on top of it. Make sure the second line goes out slightly farther than
the first to create a flowy feel to it.

Advertisement





## 7. Line Of Stars

If putting on eyeliner seems like an impossible task, yet you still want to try out new looks with your eye makeup, this could be one of the eyeliner tutorials for you! Adding stars (or any shape you want) to your lash line is a fun twist on adding eyeliner. Apply some lash glue to the shapes and wait until it is tacky. Use some tweezers for precision and you're all set!



Advertisement

YE & DRAKE
FREE HOOVER  DEC. 9TH  OFFICIAL MERCH
PRE-ORDER NOW

## 8. Rainbow Lines

This eyeliner tutorial can be achieved using either eyeshadow or eyeliner, but if you want sharp, precise lines, eyeliner would be the best way to go. Making a rainbow with eyeliner will require a steady hand, but this look is super fun to create and wear! It'll be a sure way to impress others and is a fun look to wear at events!



## 9. Smoked Wing

This smoked wing is a similar approach as before for someone who doesn't like using eyeliner but still wants the effect it creates. Again, all you will need is a stiff eyeshadow brush and any color of eyeshadow of your choosing. Pack on the shadow as close to the lash line as you can get, and then blend as much or as little as you would like. This time, you'll be creating a winged look, so you might want to use tape or concealer to make the lines sharp.

Advertisement

YE & DRAKE
FREE HOOVER  DEC. 9TH  OFFICIAL MERCH
PRE-ORDER NOW

SEE ADS



MAKEUP
Are These Makeup Trends Worth The Hype?



## 10. Crystal Lines

This is another approach to eyeliner tutorials for someone avoiding actual eyeliner. Smoke out some eyeshadow above the lid and create the illusion of a line around the hood of your eyelid. Then, add some lash glue to the crystals, allow for them to get tacky, and then place them along the line above the lid. Follow around your eye to the lower lash line and repeat the process.

Advertisement



Clean up on great gifts this season

Roomba' i9+

Save 30%
iRobot Roomba s9+ (9550) Robot Vacuum...
$599.00 $849.99  /prime



## 11. Neon Wings

If you are looking for a fun way to stand out with your makeup, this neon winged eyeliner tutorial could be the way for you! For precision, using concealer to clean up the edges is an easy way to make a sharp winged line. This bold neon wing will be a unique look that is perfect for so many occasions! It can go with eyeshadow or just a simple clean look.



Advertisement

YE & DRAKE
FREE HOOVER   DEC. 9TH   OFFICIAL MERCH
PRE-ORDER NOW

## 12. Rainbow Wing

This is probably a more advanced version of the rainbow eyeliner we showed before, but it can still be achieved! Starting with the main color, use an eyeliner to create a wing that makes its way halfway back over the lid. Slowly use shadows to blend the rainbow inwards and add some sparkle on the inside!



Which of these eyeliner tutorials will you be trying out? Let us know and share pictures with us in the comments below!

Featured image: https://glaminati.com/best-natural-makeup-looks/



Advertisement



YE & DRAKE
FREE HOOVER   DEC. 9TH   OFFICIAL MERCH
PRE-ORDER NOW



## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

| YOUR E-MAIL | SIGN UP |

TAGS    BEAUTY   EYELINER   MAKEUP



55.4K   SHARES

RELATED POSTS



MAKEUP

10 Makeup Products That Make Your
Routine Easier



BEAUTY

Makeup For Beginners: 10 Easy And Basic
Tips For Everyone



BEAUTY

30 Pretty & Creative Makeup Looks



FASHION & BEAUTY

Cosmetic And Beauty Instagrams You
Need To Go Follow



BEAUTY

10 Makeup Brands That Are Totally
Underrated



MAKEUP

5 Tips for Saving Money on Makeup



Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US

Australia

Canada

France

United Kingdom

# Exhibit "P"

SOCIETY19



FASHION ⌄    BEAUTY ⌄    LIFESTYLE ⌄    RELATIONSHIPS ⌄    GUYS ⌄    COLLEGE LIFE ⌄    EDITIONS ⌄    SCHOOLS    CITIES

MAKEUP

# 5 Makeup Looks To Try Out For Green Eyes


BY MIREILA JOVER
JUNE 18, 2020



Advertisement



### Disney+ | Hulu | ESPN+

Get the best deal on the best movies, series, and sports with The Disney Bundle.

Ad By Disney+          See More

5.5K
SHARES

Ⓟ

f

🕊

▣

in

◍

⊚

●

Upon making an entrance, it does a woman no good to just be the most attractive one in the venue, let alone donning the most stunning dress that fashion has blessed the world with. No. When making an entrance, it is important to bear in mind the feature you wish the audience to focus on. My personal preference is the eyes. The beauty of a woman is not in her hair or makeup; it is in her eyes, or the place where love resides. A famous Pinterest post once said, "Eyes are captivatingly beautiful. Not because of the color but because of the words they hold within them." They tell stories that no mouth can utter or speak of. To better emphasize and draw all eyes to yours, here is a list of some makeup looks I highly recommend trying, especially if you have green eyes.

## 1. The Golden Eye

For some reason, everyone has heard of the golden eye. Whether you've seen it from a film, novel, or play, you are probably familiar with this makeup trend. The color gold holds significance in beauty. You see, gold is a color that emphasizes every color on the spectrum – blue, green, red, purple, you name it. The same goes for eye colors, especially green. I do not know what it is about gold that makes colors pop. All I can say is that it does wonders for green eyes, especially if it's used to underline their hue or the single thread of gold that is sometimes found dancing in the pools of green eyes. If you have green eyes and have yet to try the golden eye, do it. I promise, this makeup look will not fail in making your eyes pop.

### SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL          SIGN UP

Advertisement





LEARN MORE

Advertisement



GOSSIP GIRL IS BACK. XOXO.
HBOMAX
PLANS START AT $9.99/MONTH

## 2. The Enchanting Eye

"Those enchanting eyes, that brightest smile, that alluring voice, that breathtaking gaze, is enough for you to be the assassinator of my heart and soothe my soul altogether."

Notice that the first descriptive word in Namrata Bhattacharya's quote is enchanting eyes. I said it before, and I will say it again. Eyes are captivating. Dressing up green eyes with purples, blues, pinks, oranges, or a mystifying green-blue eyeshadow hue will do the trick to enchant your eyes. This look will make a simple gaze, voice, and smile that more alluring and eye-catching. This is, by far, one of the best makeup looks to try and practice if you have green eyes. Trust me! Also, if you decide to practice this makeup look, try using purple hues of eyeshadow. You will not be disappointed. I know I wasn't.





Advertisement

Disney+ | Hulu | ESPN+

Ad By Disney+          See More

## 3. The Accented Eye

Sometimes, you just need to accentuate the color of your eyes to better emphasize their natural beauty. Of all the makeup looks to test and try out on green eyes, this is the one most attempted and common, especially for a formal event or a girls night out. You can use dark or light greens. You can even incorporate a little bit of black, brown, gold, silver, or white. Really, it all depends on how you want to accentuate your pools of green. In terms of makeup looks, this one is the simplest to wear with green eyes. Also, just because you are not pulling out different colors from your eyes does not mean the effect of dramatizing the natural color and beauty of them will lessen.



## 4. The Smokey Eye

Now, this is one that is more fitted for a night at the bar or club, but it could also be used when going on a date. The smokey eye is one of the most preferred makeup looks, in terms of keeping it simple. Some even prefer practicing and adorning their eyes with this makeup look for their everyday appearance, whether they're staying at home or going to work, out on a date, or on a vacation. There are many variations of the smokey eye: black and silver, browns and golds, blues and purples, etc. But my personal favorite for green eyes is purple. You can use dark or light colors to achieve this. Or, you can blend pink, gold, or silver into the purple smokey eye. You can make it gentle, sharp, aggressive, or subtle. Again, it all depends on you, and how you want to underline your green eyes for the day.

Advertisement



SEE ALSO



BEAUTY
A Quick Post-Gym, Pre-Class Skincare Routine



## 5. The Natural Eye

Lastly, the natural eye. Of all the makeup looks I have listed, this one is, by far, the easiest to do. Sometimes, as I have learned, not wearing makeup—whether it is because you are too lazy, do not have the time, or simply do not want to wear it—is the best way to highlight your eyes. However, if you did want to wear a little bit of makeup and still keep the natural look, all you have to do is brush on some light eyeshadow. It could be transparent, a light pink, a gold, or a tan-ish hue. Simply draw on a thin line of black or brown eyeliner, and then brush on minimal layers of mascara.

Advertisement



Find domes, yurts, treehouses and more.
And get away to a place far from ordinary.

Ad By Airbnb                    See More





The thing I have learned with makeup is that it should never be used to hide an "ugly" face: it should be used to make it more beautiful. Makeup is meant to enhance your natural beauty, not hide it or make it into something it is not. Personally, I believe everybody is beautiful without makeup. However, I also believe that those who wear the right makeup can become more confident, strong, and powerful. As Charlotte Tilbury said: "Beauty is power, and makeup is something that enhances that; it's a woman's secret."

## Do you have green eyes? What type of makeup looks have you tried or worn that makes your eyes pop? What are some of your favorite makeup looks to wear? Let us know in the comments below!

Feature Source Image: https://www.pinterest.com/pin/776519160733628213/



### SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL                    SIGN UP

TAGS        GREEN EYES    LOOKS    MAKEUP

MAKEELA HOFER

"Writing, to me, is simply thinking through my fingers."

5.3K  SHARES

| 📌 PIN - 5.3K | f SHARE + | 🐦 TWEET | in SHARE |
|---|---|---|---|
| 🗂 | 🟢 | ✉ | 🔴 |

RELATED POSTS

   







BEAUTY

Makeup For Beginners: 10 Easy And Basic
Tips For Everyone

BEAUTY

20 Pretty & Creative Makeup Looks

BEAUTY

10 Makeup Brands That Are Totally
Underrated

MAKEUP

10 Makeup Products That Make Your
Routine Easier





MAKEUP

5 Tips for Saving Money on Makeup

BEAUTY

10 Latinx Makeup Brands That Deserve
All The Love

Careers

Contact Us

Terms of Service & Privacy Policy

Copyright Policy

DMCA Report

Write for Society19

FOLLOW US

 f

 y p

INSTAGRAM TOKEN NOT FOUND, PLEASE CHECK YOUR USER ID.   58K   4.1M

Australia

Canada

France

United Kingdom

 AARP   Learn how to save
for your retirement.   Get Started



# Exhibit "Q"











# SOCIETY19

NOW READING   How To Transition Your Makeup Bag From Summer To Fall

# How To Transition Your Makeup Bag From Summer To Fall

BY RAVINDER KAUR
SEPTEMBER 4, 2019





## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL   SIGN UP









**1. Taking care of your skin**

One of the most important things is actually what you do before you put on your makeup. You really need to do a thorough skin care routine and moisturise your skin really well. This will help the foundation or the concealer to blend much easier.









≡ SOCIETY19

10 Makeup Looks That'll Make You Glow This Summer

# 10 Makeup Looks That'll Make You Glow This Summer



Advertisement





ZOLUCKY
UP TO 50% OFF

## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!




## 8. Peach Punch

Peach is a colour that looks good on any and every skin tone. That's why this eyeshadow trend is definitely going to be a hit this summer. It keeps the face looking bright and awake while also looking like you actually put in a lot of effort for a look that probably takes five minutes max.



**SIGN UP TO OUR NEWSLETTER**

Get notified about exclusive offers every week!

Advertisement







shadows that we normally apply to our lids, this look opts for larger pieces of glitter.
Note how its only been applied to the top of the lash line, almost like it's a liner, and in
the crease there's only the slightest hint of some colour to give the look a bit more
dimension. Also, adding the glitter to the bottom lash line just completes the look and
it's a great way to stand out this summer!

SIGN UP TO OUR
NEWSLETTER

Get notified about exclusive offers every week!

YOUR E-MAIL    SIGN UP

Advertisement

Bitdefender
Antivirus for MAC

ANTIVIRUS
FOR MAC

-50%

YOUR MAC
IS VULNERABLE
TO MALWARE TOO.

BUY NOW

Advertisement

How To: Get Longer Thicker Lashes

HYDRATION + SPF









Shop the product:

Advertisement







# 5 Makeup Looks To Try Out For Green Eyes



Advertisement



CHICWISH

## SIGN UP TO OUR NEWSLETTER

Get notified about exclusive offers every week!













